# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| RUSSELL MOSS, | : No. 113 MAP 2014 |
| | : |
| Appellant | : Appeal from the order of the |
| | : Commonwealth Court dated August 27, |
| | : 2014, exited August 28, 2014, at No. 377 |
| v. | : MD 2014 |
| | : |
| | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA | : |
| PENNA. BOARD OF PROBATION AND | : |
| PAROLE, | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**                              **DECIDED:  July 20, 2015**

AND NOW, this 20th day of July, 2015, the order of the Commonwealth Court is

AFFIRMED.